UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0035

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(3) |
| | ) Possession of a Firearm by an |
| COLBY RAY SOUTHERLAND | ) Unlawful User of a Controlled |
| | ) Substance |
| | ) |
| | ) 18 U.S.C. § 922(a)(6) |
| | ) False Statement in the |
| | ) Acquisition of a Firearm |
| | ) |
| | ) 18 U.S.C. § 924(a)(1)(A) |
| | ) False Statement in Licensee |
| | ) Records During Purchase of a |
| | ) Firearm |

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4:15 P M
2-3   20 21
Deputy Clerk

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by an Unlawful User of a Controlled Substance*
18 U.S.C. § 922(g)(3)

On or about April 28, 2020, in Bryan County, within the Southern District of Georgia, the defendant,

**COLBY RAY SOUTHERLAND,**

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802 did knowingly possess a firearm, that is, a Walther, Model P22, .22 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWO
*False Statement in the Acquisition of a Firearm*
18 U.S.C. § 922(a)(6)

On or about April 30, 2020, in Bulloch County, within the Southern District of Georgia, the defendant,

**COLBY RAY SOUTHERLAND,**

in connection with the acquisition of a firearm, that is a Glock, Model G23, .40 caliber pistol, from Backwoods Armory, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Backwoods Armory, LLC, which statement was intended and likely to deceive Backwoods Armory, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of marijuana or any other controlled substance.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
*False Statement in Licensee Records During Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about April 30, 2020, in Bulloch County, within the Southern District of Georgia, the defendant,

**COLBY RAY SOUTHERLAND,**

knowingly made a false statement and representation to Backwoods Armory, LLC, a federal firearms licensee under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Backwoods Armory, LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was not an unlawful user of marijuana or any other controlled substance, whereas in truth and in fact, he was such a user.

All done in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FOUR
*Possession of a Firearm by an Unlawful User of a Controlled Substance*
18 U.S.C. § 922(g)(3)

On or about April 30, 2020, in Bulloch County, within the Southern District of Georgia, the defendant,

**COLBY RAY SOUTHERLAND,**

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802 did knowingly possess a firearm, that is, a Glock, Model G23, .40 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Counts One, Two, Three, or Four of this Indictment, the defendant, **COLBY RAY SOUTHERLAND,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Walther, Model P22, .22 caliber pistol, S/N WA171277 and Glock, Model G23, 40 caliber pistol, S/N AEKW613.

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division